JASSY VICK CAROLAN LLP
WILLIAM T. UM (State Bar No. 166536)
wum@jassyvick.com
ELIZABETH CAPEL (State Bar No. 313390)
ecapel@jassyvick.com
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

Attorneys for Plaintiff YAHOO! INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

YAHOO! INC., a Delaware corporation,

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,

Defendant.

Case No.: 5:17-cv-00489-EJD
Hon. Edward J. Davila, Courtroom 4

**YAHOO'S NON-OPPOSITION TO NATIONAL UNION'S MOTION IN LIMINE NO. 1 TO BAR REFERENCE TO THE "AIG BAILOUT"**

Date: January 24, 2019
Time: 11:00 a.m.
Courtroom: 4
Judge: The Honorable Edward J. Davila
Trial Date: February 5, 2019

Plaintiff Yahoo! Inc. ("Yahoo") respectfully submits the following statement indicating its non-opposition to Defendant National Union Fire Insurance Company of Pittsburgh, PA's ("National Union") Motion in Limine No. 1 to bar reference to the "AIG bailout."

**STATEMENT**

National Union has brought a Motion in Limine on an issue and a topic that Yahoo has never indicated directly or indirectly that it would raise during the upcoming trial. Yahoo has never advised National Union that it plans to reference AIG's financial difficulties in the 2009 recession in this litigation. Moreover, Yahoo confirmed this position during the meet and confer process with National Union.

**CONCLUSION**

For the foregoing reasons, Yahoo offers no argument on the issue of whether it should be allowed to reference the "AIG bailout" at trial. Yahoo agrees with National Union that rules of evidence require that all evidence be relevant to the issues at trial, but Yahoo has not explored the relevance or irrelevance of the subject at issue in Motion in Limine No. 1, because it has never planned or indicated an intent to reference AIG's role in the United States recession.

Respectfully submitted,

Dated: January 14, 2019

JASSY VICK CAROLAN LLP

*/s/ William T. Um*

WILLIAM T. UM
Counsel for plaintiff Yahoo! Inc.