United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YAHOO! INC.,

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Defendant.

Case No. 5:17-cv-00489-EJD

**ORDER RE: DEFENDANT'S MOTIONS IN LIMINE NOS. 1, 2, 3, 7**

Re: Dkt. Nos. 94, 95, 96, 100

Defendant's "MOTION IN LIMINE NO. 1 TO BAR REFERENCE TO THE AIG BAILOUT" (Dkt. No. 94) is GRANTED as unopposed.

Defendant's "MOTION IN LIMINE NO. 2 RE: PRECLUDING EVIDENCE OR ARGUMENT ABOUT THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART MOTIONS FOR SUMMARY JUDGMENT" (Dkt. No. 95) is DENIED. The court will discuss limitations on the use of the court's summary judgment order with the parties at the pretrial conference.

Defendant's "MOTION IN LIMINE NO. 3 TO BAR LAY OPINION TESTIMONY THAT NATIONAL UNION'S CLAIMS-HANDLING WAS UNREASONABLE" (Dkt. No. 96) is GRANTED. The court will discuss limitations on the use of lay opinion testimony with the parties at the pretrial conference.

Defendant's "MOTION IN LIMINE NO. 7 RE: LIFE, HEALTH, AUTO, HOMEOWNER INSURANCE POLICIES" (Dkt. No. 100) is DENIED. The court will discuss

exceptions to the exclusion of evidence at issue at the pretrial conference.

**IT IS SO ORDERED.**

Dated: January 23, 2019

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California