United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YAHOO! INC.,

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Defendant.

Case No. 5:17-cv-00489-EJD

**ORDER RE: DEFENDANT'S MOTIONS IN LIMINE NOS. 4-6, 8, 10**

Re: Dkt. Nos. 93, 97, 98, 99, 101, 103

Defendant's "MOTION TO BIFURCATE THE ISSUE OF PUNITIVE DAMAGES FROM THE TRIAL ON LIABILITY AND DAMAGES" (Dkt. No. 93) is GRANTED as unopposed. Any trial on the issue of the amount of punitive damages will proceed if and only if the jury makes a finding that Defendant committed bad faith.

Defendant's "MOTION IN LIMINE NO. 4 TO BAR EVIDENCE/ARGUMENT REGARDING SPECULATIVE DEFENSE COUNSEL RATES" (Dkt. No. 97) is deemed MOOT.

Defendant's "MOTION IN LIMINE NO. 5 RE: THE SCOPE OF ANY COMPENSATORY DAMAGES FOR THE SUTTON/PENKAVA LAWSUITS" (Dkt. No. 98) is DENIED. Plaintiff may seek recovery of the total defense costs ($272,133.47) plus interest pursuant to the terms of the 2008 policy.

Defendant's "MOTION IN LIMINE NO. 6 RE: THE SCOPE OF ANY COMPENSATORY DAMAGES FOR THE HOLLAND/IN RE YAHOO MAIL LAWSUITS" (Dkt. No. 99) is GRANTED. The Deductible Coverage Endorsement ("Endorsement") is

applicable and enforceable. Under the Endorsement, Plaintiff is obligated to reimburse Defendant 100% of its Allocated Loss Adjustment Expenses. Under a separately negotiated "Payment Agreement," Plaintiff agreed to reimburse Defendant for all payments made under the policy within 30 days of being invoiced by Defendant. Therefore, Plaintiff's damages for any breach of Defendant's defense or indemnity obligations under the 2011 Policy for *Holland/In re Yahoo Mail Litigation* are limited to the time value of money for 30 days. The breach of contract damages theory Plaintiff sets forth in opposition to Defendant's Motions in Limine Nos. 4, 6 and 10 is foreclosed by the Endorsement and Payment Agreement. Plaintiff may, however, file a motion for reconsideration to propose an alternative damages theory that is consistent with application and enforcement of the Endorsement and Payment Agreement.

Defendant's "MOTION IN LIMINE NO. 8 RE: NO RECOVERABLE CONSEQUENTIAL DAMAGES FOR COSTS INCURRED IN SETTLEMENT OF HOLLAND LAWSUIT/IN RE YAHOO MAIL LITIGATION" (Dkt. No. 101) is DENIED.

Defendant's "MOTION IN LIMINE NO. 10 TO BAR EVIDENCE AND ARGUMENT THAT NATIONAL UNION HAS THE BURDEN OF PROOF ON DAMAGES" (Dkt. No. 103) is deemed MOOT.

**IT IS SO ORDERED.**

Dated: January 25, 2019

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California