ASIM K. DESAI (SBN: 175402)
adesai@grsm.com
STEVEN R. INOUYE (SBN: 245024)
sinouye@grsm.com
GORDON & REES, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone:   (213) 576-5000
Facsimile:   (213) 680-4470

MATTHEW C. LOVELL (SBN: 189728)
mlovell@nicolaidesllp.com
RICHARD H. NICOLAIDES, JR. (Appearance *Pro Hac Vice*)
rnicolaides@nicolaidesllp.com
DANIEL I. GRAHAM, JR. (Appearance *Pro Hac Vice*)
dgraham@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
San Francisco, CA  94104
Telephone:   (415) 745-3770
Facsimile:   (415) 745-3771

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,
a Pennsylvania Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Defendant. | Case No. 5:17-CV-00489-EJD<br><br>**NATIONAL UNION'S PROPOSED JURY VERDICT FORM**<br><br>Pretrial Conference:   January 24, 2019<br>Time:   1:30 p.m.<br>Trial Date:   February 5, 2019 |

**QUESTION 1:** Has Yahoo proven by a preponderance of the evidence that National Union acted in bad faith with respect to the following?

a) Declining the defense of the *Sutton/Penkava* lawsuits?

    YES _____    NO_____

b) Declining the defense of the *Holland /In re Yahoo Mail Litigation*?

    YES _____    NO_____

c) Declining to indemnify Yahoo for the *Holland /In re Yahoo Mail Litigation* settlement?

    YES _____    NO_____

*If you answered "YES" to parts (a), (b), and/or (c) in this question, answer the corresponding part (a), (b), or (c) in Question 2 and answer part (d) in Question 2.  If you answered "NO" to all parts of this question, answer no further questions and have the foreperson sign and date this form.*

**QUESTION 2:** Has Yahoo proven by a preponderance of the evidence that the bad faith conduct you found occurred in Question 1 was a substantial factor in causing harm to Yahoo with respect to:

a) Yahoo's defense of the *Sutton/Penkava* lawsuits?

    YES _____    NO_____

b) Yahoo's defense of the *Holland/In re Yahoo Mail Litigation*?

    YES _____    NO_____

c) Yahoo's settlement of the *Holland /In re Yahoo Mail Litigation*?

    YES _____    NO_____

d) Yahoo's need to hire an attorney to obtain the policy benefits awarded by the court?

    YES _____    NO_____

*If you answered "YES" to part (a), (b), (c), and/or (d) of this question, answer the corresponding part (a), (b), (c), and/or (d) in Question 3.  If you answered "NO" to all*

*parts of this question that you answered, answer no further questions and have the foreperson sign and date this form.*

**QUESTION 3:**  What are Yahoo's damages for the harm you found in Question 2 was caused by National Union's bad faith conduct?

a) Yahoo's damages for National Union's bad faith breach of the duty to defend the *Sutton/Penkava* lawsuits?

$\qquad \$_____$

b) Yahoo's damages for National Union's bad faith breach of the duty to defend the *Holland /In re Yahoo Mail Litigation*?

$\qquad \$_____$

c) Yahoo's damages for National Union's bad faith breach of the duty to indemnify the *Holland /In re Yahoo Mail Litigation*?

$\qquad \$_____$

d) Yahoo's reasonable attorney fees incurred to obtain the policy benefits awarded by the Court?

$\qquad \$_____$

*If you awarded any damages in response to this question, answer Question 4.  If you awarded no damages in response to this question, answer no further questions and have the foreperson sign and date this form.*

**QUESTION 4**:  Has Yahoo proven by clear and convincing evidence that a managing agent of National Union committed or ratified the conduct you found constituted bad faith in Question 1 with:

a) Malice?

   YES \_\_\_\_\_   NO_____

b) Oppression?

YES _____   NO_____

c) Fraud?

YES _____   NO_____

*Please have the foreperson sign and date this form.*


Signed:_____

    Foreperson


Dated:_____, 2019


*When signed, notify the bailiff that you are ready to present your verdict in the court room.*

Respectfully submitted,

Dated: May 13, 2019                           GORDON & REES LLP

                                              By: _____*s/ Asim Desai*_____
                                                  Asim K. Desai
                                                  Steven R. Inouye
                                              Attorneys for Defendant National Union Fire
                                              Insurance Company of Pittsburgh, Pa., a
                                              Pennsylvania Corporation

Dated: May 13, 2019                           NICOLAIDES FINK THORPE
                                              MICHAELIDES SULLIVAN LLP

                                              By: _____*s/ Daniel I. Graham Jr.*_____
                                                  Richard H. Nicolaides, Jr.
                                                  Daniel I. Graham, Jr.
                                                  Matthew C. Lovell
                                              Attorneys for Defendant National Union Fire
                                              Insurance Company of Pittsburgh, Pa., a
                                              Pennsylvania Corporation