ASIM K. DESAI (SBN: 175402)
adesai@grsm.com
STEVEN R. INOUYE (SBN: 245024)
sinouye@grsm.com
GORDON & REES, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone:    (213) 576-5000
Facsimile:    (213) 680-4470

MATTHEW C. LOVELL (SBN: 189728)
mlovell@nicolaidesllp.com
RICHARD H. NICOLAIDES, JR. (Appearance *Pro Hac Vice*)
rnicolaides@nicolaidesllp.com
DANIEL I. GRAHAM, JR. (Appearance *Pro Hac Vice*)
dgraham@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
San Francisco, CA  94104
Telephone:    (415) 745-3770
Facsimile:    (415) 745-3771

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
a Pennsylvania Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| YAHOO! INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>　　　　Defendant. | Case No. 5:17-CV-00489-EJD<br><br>**JOINT ADMITTED EXHIBIT LIST**<br><br>Pretrial Conference:　April 17, 2019<br>Time:　　　　　　　　1:30 p.m.<br>Trial Date:　　　　　April 30, 2019 |

Pursuant to Section III.D.4 of the Court's Standing Order for Civil Cases, plaintiff Yahoo! Inc. ("Yahoo") and defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively, "the Parties") submit this Admitted Joint Exhibit List. The parties reserve rights to supplement this list as appropriate at and before trial.

| Ex. No. | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| 1 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | National Union's Notice of Deposition of Yahoo per Rule 30(b)(6), 4/13/18 | |
| 5 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Complaint – *Sutton* lawsuit, 6/28/12 | NUFIC_003338-3346 |
| 6 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Complaint – *Penkava* lawsuit, 6/29/12 | NUFIC_002752-2759 |
| 7 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from Wells Fargo to National Union re *Sutton*, 8/7/12 | NUFIC_003623, 003336-3337 |
| 8 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from Wells Fargo to National Union re *Penkava*, 8/7/12 | NUFIC_002749-2751 |
| 9 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from National Union (J. Chan) to Yahoo and Hunton & Williams LLP re *Sutton* and *Penkava*, 9/26/12 | NUFIC_003306-3320 |
| 10 | 5/10/2019 | 5/10/2019 | Jonathan A. Kipnis | Letter from Yahoo counsel (W. Um) to National Union counsel (D. Graham) re request to reconsider coverage denial, 4/12/16 | NUFIC_003584-3590 |
| 11 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Complaint – *Holland* lawsuit, 10/25/13 | |
| 13 | 5/9/2019 | 5/9/2019 | Jonathan A. Kipnis | Payment Agreement for Insurance Risk Mgmt. Svcs, 5/31/08 | NUFIC_001057-1066 |
| 14 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Email from ABD (Sally Bracho) to National Union re notice re *Holland* lawsuit, 11/15/13 | NUFIC_001556-1557 |

| Ex. No. | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| 15 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from National Union (E. San Julian) to Yahoo (D. Tepstein) re *Holland*, 1/15/14 | NUFIC_ 000570-581 |
| 16 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Consolidated Class Action Complaint – *In re Yahoo Litigation*, 2/12/14 (Depo exhibit p. 1 only) [RJN Ex. 7] | |
| 18 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from Yahoo counsel (W. Um) to National Union (E. San Julian), 11/20/15 | NUFIC_ 000822-828 |
| 19 | 5/10/2019 | 5/10/2019 | Jonathan A. Kipnis | Email from Yahoo counsel (W. Um) to National Union (J. Kipnis), 1/27/16 | NUFIC_ 003688 |
| 20 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from National Union (E. San Julian) to Yahoo counsel (W. Um), 2/16/16 | YAHOO 0572-588 |
| 21 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from National Union (E. San Julian) to Yahoo (D. Tepstein), 4/4/16 | NUFIC_ 000804-805 |
| 28 | 5/8/2019 | 5/8/2019 | Sally Bracho | National Union Policy No. GL 348-18-61 (2011-05-31--2012-05-31) [Lovell MSJ Decl., Ex. 4] | NUFIC_ POL_ 0263-372 |
| 29 | 5/8/2019 | 5/8/2019 | Sally Bracho | Email from National Union (J. Chan) to ABD (S. Bracho) re *Sutton*, *Penkava* and *Dilated Media*, 10/1/12 | NUFIC_ 003302-3305 |
| 32 | 5/8/2019 | 5/10/2019 | Sally Bracho | Email from ABD (S. Bracho) to Yahoo (D. Tepstein, B. Miller) re *Klayman v. Obama*, 7/18/13 - **Redacted** | |
| 34 | 5/8/2019 | 5/8/2019 | Sally Bracho | Email from ABD (S. Bracho) to National Union (E. San Julian) re new claims, 1/10/14 | NUFIC_ 001559-1566 |
| 37 | 5/8/2019 | 5/8/2019 | Sally Bracho | Email from ABD (C. Kwan) to National Union (J. Chan) re *Sheppard*, 11/30/12 (with attachment) | |
| 43 | 5/8/2019 | 5/8/2019 | Sally | Email from National Union (J. Donnelly) to Yahoo (ABD | |

AMENDED JOINT EXHIBIT LIST
CASE NO. 5:17-CV-00489-EJD

3

| Ex. No. | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| | | | Bracho | – C. Kwan) re *Sheppard* 2011 PI Endorsement, 2/8/13 | |
| 44 | 5/8/2019 | 5/8/2019 | Sally Bracho | Email from ABD (C. Kwan) to National Union (J. Donnelly) re *Sheppard* 2011 PI Endorsement, 2/8/13 | |
| 45 | 5/8/2019 | 5/8/2019 | Calvin Kwan | Email from National Union (J. Donnelly) to ABD (C. Kwan) re *Sheppard* 2011 PI Endorsement correction, 2/11/13 | |
| 52 | 5/10/2019 | 5/10/2019 | Jonathan A. Kipnis | Portion of National Union's Claim Files | NUFIC_002704-2735 |
| 53 | 5/1/2019 | 5/10/2019 | Daniel Tepstein | Letter from National Union (J. Chan) to Yahoo (D. Tepstein, W. Um) re *McInnish v. Yahoo* coverage position, 12/20/12 - **Redacted** | |
| 55 | 5/10/2019 | 5/10/2019 | Jonathan A. Kipnis | Portion of National Union's Claim File | NUFIC_003241-3299 |
| 57 | 5/01/2019 | 5/01/2019 | Daniel Tepstein | Letter from National Union (J. Chan) to Yahoo (D. Tepstein, W. Um) re *Sheppard* coverage position and denial, 2/11/13 | |
| 58 | 5/10/2019 | 5/10/2019 | Jonathan A. Kipnis | Portion of National Union's Claim File | NUFIC_001454-1545 |
| 104 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Motion for Prelim. Approval of Class Action Settlement – *In re Yahoo Litigation*, 1/7/16 [National Union RJN, Ex. 9] | |
| 108 | 5/8/2019 | 5/8/2019 | Calvin Kwan | National Union Policy No. GL 721-90-84 (2008-05-31--2009-05-31) [Lovell MSJ Decl., Ex. 1] | NUFIC_POL_0001-76 |
| 109 | 5/8/2019 | 5/8/2019 | Calvin Kwan | National Union Policy No. GL 091-24-84 (2009-05-31--2010-05-31) [Lovell MSJ Decl., Ex. 2] | NUFIC_POL_0077-172 |

| Ex. No. | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| 110 | 5/8/2019 | 5/8/2019 | Calvin Kwan | National Union Policy No. GL 226-47-25 (2010-05-31--2011-05-31) [Lovell MSJ Decl., Ex. 3] | NUFIC_POL_0173-262 |
| 113 | 5/10/2019 | 5/10/2019 | Jonathan A. Kipnis | Email from Yahoo counsel (W. Um) to National Union counsel (D. Graham) re arbitration and Defense Invoice Agreement, 1/27/17 [Graham MSJ Decl., Ex. 1] **Redacted – Page 1 Only** | |
| 115 | 5/10/2019 | 5/10/2019 | Jonathan A. Kipnis | Letter from Yahoo counsel (W. Um) to National Union counsel (D. Graham) re request to pay settlement, 3/21/16 [Um MSJ Decl., Ex. 1] | |
| 116 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from National Union counsel (D. Graham) to Yahoo counsel (W. Um) re decline to pay settlement, 3/30/16 [Um MSJ Decl., Ex. 2] | |
| 117 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from National Union counsel (D. Graham) to Yahoo counsel (W. Um) re response to reconsider coverage denial, 5/12/16 [Um MSJ Decl., Ex. 4] | |
| 502 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from National Union (E. San Julian) to Yahoo (D. Tepstein) re *Kevranian v. Yahoo*, 1/15/14 | |
| 503 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from National Union (E. San Julian) to Yahoo (D. Tepstein) re *Nobles v. Yahoo*, 1/15/14 | |
| 504 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Letter from National Union (E. San Julian) to Yahoo (D. Tepstein) re *Zelaya v. Yahoo*, 1/15/14 | |

| Ex. No. | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| 506 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Complaint – *Kevranian v. Yahoo*, 10/2/13 | |
| 507 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Complaint – *Nobles v. Yahoo*, 10/24/13 | |
| 508 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Complaint – *Zelaya v. Yahoo*, 10/4/13 | |
| 509 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Complaint – *Sheppard v. Yahoo*, 4/25/12 | |
| 510 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Underlying Defense Counsel Invoices - *Sutton* and *Penkava* | |
| 511 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Underlying Defense Counsel Invoices - *In re Yahoo Mail Litigation* | |
| 512 | 5/1/2019 | 5/1/2019 | Daniel Tepstein | Yahoo's *Brandt* fees for time entries and cost entries from Kilpatrick Townsend | |
| 527 | 5/10/2019 | 5/10/2019 | | Stipulated Facts for Trial | |
| 1018 | 5/8/2019 | 5/10/2019 | Jonathan A. Kipnis | National Union Policy No. GL 440-64-60 (2012-05-31-2013-05-31) | YAHOO_0353-425 |
| 1030 | 5/8/2019 | 5/8/2019 | Calvin Kwan | Email from ABD (C. Kwan) to National Union (T. Carver), 4/10/14 [ABD Production] | |
| 1039 | 5/8/2019 | 5/8/2019 | Calvin Kwan | 2011 Renewal Strategy For 05/31/11 to 5/31/12 Policy Term [ABD Production] – **Page(s): 13, 17, 25 (Redacted) and 33** | |
| 1040 | 5/8/2019 | 5/8/2019 | Calvin Kwan | Insurance Proposal For 5/31/11 to 5/31/12 [ABD Production] - **Page(s) 1 & 33 - Only** | |

Dated: May 14, 2019						GORDON & REES LLP

								By: /s/ Asim K. Desai
								        Asim K. Desai
								        Steven R. Inouye
								Attorneys for Defendant National Union Fire
								Insurance Company of Pittsburgh, Pa., a
								Pennsylvania Corporation

Dated: May 14, 2019						NICOLAIDES FINK THORPE
								MICHAELIDES SULLIVAN LLP

								By: /s/ Matthew C. Lovell
								        Richard H. Nicolaides, Jr.
								        Daniel I. Graham, Jr.
								        Matthew C. Lovell
								Attorneys for Defendant National Union Fire
								Insurance Company of Pittsburgh, Pa.,
								a Pennsylvania Corporation

Dated: May 14, 2019						JASSY VICK CAROLAN LLP

								By: /s/ William T. Um
								        William T. Um
								        Elizabeth Baldridge
								Attorneys for Plaintiff YAHOO! INC.

	Pursuant to Local Rule 5-1(i)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this Document and have authorized the filing of this Statement.

Dated: May 14, 2019						/s/ Matthew C. Lovell
								        Matthew C. Lovell
								Counsel for defendant National Union Fire
								Insurance Company of Pittsburgh, PA