UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, <br><br> Defendant. | Case No. 5:17-cv-00489-EJD <br><br> **JURY NOTE DURING DELIBERATIONS** |

Please find attached Jury Note No. 1 during the jury's deliberations.

DATED: 5/22/2019

Susan Y. Soong
Clerk, United States District Court

*Adriana M. Kratzmann*

Adriana M. Kratzmann, Deputy Clerk to the
Honorable EDWARD J. DAVILA

Case No.: 5:17-cv-00489-EJD
**JURY NOTE DURING DELIBERATIONS**

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:17-cv-00489-EJD
Case Title: Yahoo! Inc. v National Union Fire Insurance

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 05/22/2019

Time: 12:27pm

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]  (✓)

or

2. The Jury has the following question:

_____

_____

_____

_____

_____

_____

DATE: 05/22/2019

[signature]
Signature of Juror