UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  Yahoo! Inc v National Union Fire Ins.
# CASE NUMBER:  5:17cv00489EJD

## Minute Order and Trial Log

Date:   5/22/2019
Time in Court: 10:00-10:09am, 10:13-10:14, 12:46-12:55pm, 1:35-1:38pm
**Total:  22 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez/Lee-Anne Shortridge

**APPEARANCES:**
Plaintiff Attorney(s) present:  William Um, Elizabeth Baldridge  Also present:   Layla Kaigh(Verizon)
Defendant Attorney(s) present: Asim Desai, Richard Nicolaides, Jr., Daniel Graham, Jr., Emily Cuatto  Also present:  Jonathan Kipnis

**PROCEEDINGS:  Jury Trial (Day 8)**

**Further Jury Trial – Further Jury deliberations. Jury verdict rendered. Court to prepare Judgment. Jury trial concluded.**

Please see trial log attached.
///

**The following exhibits are marked for identification:**
Plaintiffs: None
Defendants: None

**The following exhibits are admitted into evidence:**
Plaintiffs: None
Defendants:  None

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  Yahoo! Inc. v National Union Fire Ins.
Case No:  17cv00489EJD

## TRIAL LOG

| **TRIAL DATE:** 5/22/2019 | | **REPORTER(S):** Irene Rodriguez/Lee-Anne Shortridge | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 9:00 am | Jury begins deliberations |
| | | 10:00 am | Court in session outside presence of Jury with Counsel re scheduling |
| | | 10:09 am | Off the record |
| | | 10:13 am | Court back on record re discussions of scheduling dependent upon jury return of possible verdict. Counsel to meet and confer regarding protocol re punitive damages if necessary |
| | | 10:14 am | Court in recess |
| | | 12:46pm | Jury seated. Court in session. Jury reached unanimous verdict |
| | | 12:48pm | Jury verdict read by the Court. Jury polled, and unanimous verdict recorded. |
| | | 12:51pm | Court addresses the Jury and thanks the Jury |
| | | 12:55pm | Court takes recess |
| | | 1:35 pm | Court in session outside presence of Jury. Taking up any remaining issues |
| | | 1:38 pm | Jury Trial concluded. Court to prepare Judgment. Court adjourned. |
| | | | |